UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>R. BURTON, et al.,<br><br>    Defendants. | No. 2:18-cv-2831 WBS AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 26, 2021, plaintiff filed a letter which requests "the times and dates on the magistrate's motion calendar" for this case. See ECF No. 22. There are currently no motions pending in this case. Findings and Recommendations remain pending before the district judge, and defendants' deadline to answer the complaint is 30 days after the district judge rules. See ECF No. 20. A Discovery and Scheduling Order will issue thereafter, which will specify the deadlines applicable to various types of motions. Because this is a prisoner case, motions are not calendared for hearing on the judge's motion calendar. Local Rule 230(l). In the event that any court proceedings are scheduled in this case, plaintiff will be served with a copy of the order providing all pertinent information.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the "times and dates on the [court's] motion calendar" (ECF No. 22) is DENIED as moot.

DATED: May 19, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE