IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,** | Case No. 2 18-cv-02831-WBS-AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **KIMBERLY SEIBEL, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Bird's request for an extension of time *nunc pro tunc* to file a responsive pleading (ECF No. 27) is GRANTED. Defendant's deadline to file a responsive pleading is hereby reset to July 19, 2021. Plaintiff Muhammad's motions for entry of default (ECF No. 26) and for a default judgment (ECF No. 25) are both DENIED.

IT IS SO ORDERED.

Dated: July 13, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE