IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,** | Case No. 2:18-cv-02831-WBS-AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **KIMBERLY SEIBEL, et al.,** | |
| Defendant. | |

    Pending before the Court is Defendant Bird's request for a fourteen-day extension time to respond to Plaintiff's written discovery requests. Good cause appearing, IT IS HEREBY ORDERED that Defendant's request for a fourteen-day extension of time (ECF No. 41) is GRANTED. Defendant shall have until March 8, 2022, to respond to Plaintiff's written discovery.

Dated: February 24, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1