IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,** | Case No. 2:18-cv-02831-WBS-AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **KIMBERLY SEIBEL, et al.,** | |
| Defendants. | |

    Pending before the Court is Defendant's request for leave to depose Plaintiff's deposition by remote means under Federal Rule of Civil Procedure 30(b)(4). ECF No. 45. Good cause appearing, IT IS HEREBY ORDERED that Defendant's request for leave to take Plaintiff's deposition remotely (ECF No. 45) is GRANTED.

Dated: March 15, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE