IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,** | Case No. 2:18-cv-2831 WBS AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **KIMBERLY SEIBEL, et al.,** | |
| Defendants. | |

    Good cause having been shown, Defendant's request for a fourteen-day extension of time to respond to the Court's Order to Show Cause (ECF No. 53) is GRANTED. Defendant Bird shall have until May 23, 2022, to file and serve a response to the Order to Show Cause. Plaintiff may file a reply to Defendant's response within 14 days thereafter.

Dated: May 9, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE