IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,**<br><br>    Plaintiff,<br><br>  v.<br><br>**KIMBERLY SEIBEL, et al.,**<br><br>    Defendants. | Case No. 2:18-cv-2831 WBS AC P<br><br>[PROPOSED] ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause having been shown, Defendant's request for a forty-five-day extension of time to respond to file a motion for summary judgment (ECF No. 64) is GRANTED. Defendant Bird shall have until June 3, 2024, to file and serve a motion for summary judgment.

IT IS SO ORDERED.

DATED: March 22, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE