IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**KIMBERLY SEIBEL, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-cv-2831 WBS AC P<br><br>[PROPOSED] ORDER |

　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Good cause having been shown, Defendant's request for a fourteen-day extension of time to file a motion for summary judgment is granted.  Defendant Bird shall have until June 17, 2024, to file and serve a motion for summary judgment.

DATED: June 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE