IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KWESI MUHAMMAD,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**KIMBERLY SEIBEL, et al.,**<br><br>                              Defendants. | Case No. 2:18-cv-2831 WBS AC P<br><br>~~[PROPOSED]~~ ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Good cause having been shown, Defendant's request for a twenty-one-day extension of time to file a motion for summary judgment (ECF No. 68) is granted.  Defendant Bird shall have until July 8, 2024, to file and serve a motion for summary judgment.

   IT IS SO ORDERED.

DATED: June 18, 2024

                                                                    _____
                                                                    ALLISON CLAIRE
                                                                    UNITED STATES MAGISTRATE JUDGE