UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. BURTON, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2831 WBS AC P<br><br><br>ORDER |

　　Plaintiff has filed a second motion for extension of time to respond to defendant's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 75) is GRANTED; and

　　2. Plaintiff is granted fourteen days from the service of this order in which to file a response to defendant's motion for summary judgment.

DATED: August 28, 2024

　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE