UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KWESI MUHAMMAD,

          Plaintiff,

   v.

R. BURTON, et al.,

          Defendants.

No.  2:18-cv-2831 WBS AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, is pursuing relief under Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12131 et seq., and Section 504 of the Rehabilitation Act (RA), 29 U.S.C.A. § 794.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 79.  Plaintiff filed objections to the findings and recommendations.  ECF No. 80.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 79) are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 70) is GRANTED; and

3. The Clerk of the Court is directed to close this case.

Dated:  April 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2